1014

No. 96–6163. MADDOX v. WALKER ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–6165. PIZZO v. JEFFERSON PARISH SHERIFF'S OFFICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–6168. MONTUE v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–6169. LOSS v. MICHIGAN PAROLE BOARD. Ct. App. Mich. Certiorari denied.

No. 96–6170. JACKSON v. MAINE DEPARTMENT OF HUMAN SERVICES. Sup. Jud. Ct. Me. Certiorari denied.

No. 96–6172. JONES v. MARYVALE SAMARITAN HOSPITAL. Ct. App. Ariz. Certiorari denied.

No. 96–6175. TURNER v. PERRY. C. A. 5th Cir. Certiorari denied.

No. 96–6177. GRISMORE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–6180. FERGUSON v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 96–6185. HUGHES v. IGNACIO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 96–6190. SLAPPY v. VANMETER ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–6192. KNAPP v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 96–6193. BUC-HANAN v. NISHI/HOMPA HONGWAJI TEMPLE. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–6197. BOBLETT v. TERRY ET AL. Sup. Ct. Va. Certiorari denied.